IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

DARRIEK DEWAYNE SMITH,    )
    )
    Plaintiff,    )
v.    )    CASE NO.  1:09-cv-810-TMH
    )    WO
HOUSTON COUNTY, ALABAMA,    )
*et al.,*    )
    )
    Defendants.    )

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's objection (Doc. #6) to the Recommendation of the Magistrate Judge filed on September 22, 2009 is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #5) entered on September 14, 2009 is adopted;

3. The § 1983 claims presented against defendants Little and Valeska are DISMISSED with prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(i) & (iii).

4. The § 1983 claims presented against defendants Houston County, Alabama, and Hughes are DISMISSED without prejudice in accordance with the directives of 28 U.S.C. § 1915(e)(2)(B)(ii).

5. Plaintiff's challenge to the constitutionality of his pending criminal charges is

DISMISSED without prejudice pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(ii)

as such claim is not properly before the court at this time.

6.    This case is DISMISSED prior to service of process in accordance with the

directives of 28 U.S.C. § 1915(e)(2)(B)(i) -(iii).

DONE this the 16th day of October, 2009.


_____/s/ Truman M. Hobbs_____
SENIOR UNITED STATES DISTRICT JUDGE